# SCHWARTZ, CONROY & HACK, PC

### *Making Insurance Companies Keep Their Promises*

Matthew J. Conroy, Partner / MJC@schlawpc.com

August 24, 2020

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Government Employees Insurance Company et al v. Giulio Caruso. et al
Civil Case No.: 1:20-cv-02533-RRM-JO

Dear Judge Mauskopf:

This office represents Defendant Felix Kogan in the above referenced action.  The answer of Mr. Kogan is due today, August 24, 2020.

We write to request an extension of time to serve answers for the Defendant to September 24, 2020.  We have contacted Plaintiff's counsel who has consented to this request and we attach a Stipulation in that regard.  The parties are negotiating a settlement in this matter.

This is the second such request and does not affect any scheduled dates.

Thank you.

Very truly yours,
Schwartz Conroy & Hack, P.C.

By:      /s/ *Matthew J. Conroy*
          Matthew J. Conroy

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844